From: Marie O'Reilly
Fat Panda Inc.
DBA: Planet Rose
219 Ave A, NY NY 10009
info@planetrosenyc.com
(917) 305-4722

RECIVED
AUG 18 2011
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Honorable Judge Briccetti,

Docket in case # 11 CIVCR 4656 (VB)
As: Letter
Date: 8/19/11

   Reguarding case '11 CIV 4656 involving my corp Fat Panda Inc, DBA Planet Rose of which I am an officer of:

   20 Days ago we were served with papers. I was under the understanding I could answer the summons PRO SE until I could afford to hire an attorney. However I was informed by the Federal Court that a corp. can not be represented PRO SE. I now have been able to arrange legal counsel and would like to request an extention until Sept. 5 ~~until during~~ which period my lawyer will file an ~~extention~~ answer to the summons. I also tried to request said extention from their lawyrs and told the attorneys handling the case were on vacation.

Thank you for considering our request.

                    Sincerely, Marie O'Reilly
                    President Fat Panda Inc.