IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SLEP-TONE ENTERTAINMENT CORPORATION,**<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**KARAOKE MOA; PULSE KARAOKE; KARAOKE TOP TUNES; CORNERSTONE TAVERN; DENNIS KEANE; WICKED WILLY'S; U2 KARAOKE; JASON YI; SECOND ON SECOND; EXPRESSWAY MUSIC; SAX APPEAL; THOMAS; JUKEBOX JOHNNY; KARAOKE KILLED THE CAT; CHRIS EHRMAN; SIMPLY THE BEST; MICHELLE; BIBI GIRL MUSIC; VIVIAN; TOONS FOR YOU; DAVID SPECA; RON BLANCO; FRANKIE J; and DOES NOS. 1-20, INCLUSIVE, IDENTITIES UNKNOWN,**<br><br>　　　　　　　　　　Defendants. | CIVIL ACTION FILE NUMBER:<br><br>7:11-CV- 04656-VB<br><br>HONORABLE VINCENT BRICCETTI |

## NOTICE OF APPEARANCE OF SUSAN J. MICHEL ON BEHALF OF PLAINTIFF SLEP-TONE ENTERTAINMENT CORPORATION

PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf of Plaintiff

SLEP-TONE ENTERTAINMENT CORPORATION, in the above-captioned action. Please note

the following information for Ms. Michel:

Susan J. Michel, Esq.
Tracy Jong Law Firm
2300 Buffalo Rd., Bldg 100A
Rochester, NY 14624
Telephone: (585) 247-9170
Facsimile:  (585) 247-9171
Electronic Mail: docketclerk@tracyjonglawfirm.com

Dated: November 30, 2011          Respectfully submitted,

                                              /Susan J. Michel/
                                              Susan J. Michel, Esq.
*Counsel for Plaintiff –*
*Slep-Tone Entertainment Corporation*
2300 Buffalo Road, Building 100A
Rochester, NY 14624
Phone: (585) 247-9170
Fax: (585) 247-9171