IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> KARAOKE MOA; PULSE KARAOKE; KARAOKE TOP TUNES; CORNERSTONE TAVERN; DENNIS KEANE; WICKED WILLY'S; U2 KARAOKE; JASON YI; SECOND ON SECOND; EXPRESSWAY MUSIC; SAX APPEAL; THOMAS; JUKEBOX JOHNNY; KARAOKE KILLED THE CAT; CHRIS EHRMAN; SIMPLY THE BEST; MICHELLE; BIBI GIRL MUSIC; VIVIAN; TOONS FOR YOU; DAVID SPECA; RON BLANCO; FRANKIE J; and DOES NOS. 1-20, INCLUSIVE, IDENTITIES UNKNOWN, <br><br> Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** <br><br> CIVIL ACTION FILE NUMBER <br><br> 7:11-CV- 04656-VB <br><br> HONORABLE VINCENT BRICCETTI |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff(s), SLEP-TONE ENTERTAINMENT CORPORATION and their counsel(s), hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) KARAOKE MOA; PULSE KARAOKE; KARAOKE TOP TUNES; CORNERSTONE TAVERN; DENNIS KEANE; WICKED WILLY'S; U2 KARAOKE; JASON YI; SECOND ON SECOND; EXPRESSWAY MUSIC; SAX APPEAL; THOMAS; JUKEBOX JOHNNY; KARAOKE KILLED THE CAT; CHRIS EHRMAN; SIMPLY THE BEST; MICHELLE; BIBI GIRL MUSIC; VIVIAN; TOONS FOR YOU; DAVID SPECA; RON BLANCO; FRANKIE J; and DOES NOS. 1-20, INCLUSIVE, IDENTITIES UNKNOWN.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/2011

Dated:    November 30, 2011					Respectfully submitted,

/Susan J. Michel/
Susan J. Michel, Esq.
*Counsel for Plaintiff –*
*Slep-Tone Entertainment Corporation*
2300 Buffalo Road, Building 100A
Rochester, NY   14624
Phone: (585) 247-9170
Fax:    (585) 247-9171

SO ORDERED:

_____  12/1/11
Hon. Vincent L. Briccetti
United States District Judge